**Motion Denied and Dissent to Order filed March 5, 2019.**



**In the**

# Fourteenth Court of Appeals

## NO. 14-18-00601-CR

**KENDRICK DWAYNE WALKER, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1540170**

## DISSENT TO DENIAL OF MOTION TO ABATE THE APPEAL AND REMAND THE CASE FOR A HEARING ON APPELLANT'S MOTION FOR NEW TRIAL

Because appellant's motion for new trial raises issues which are not determinable from the record, I would grant appellant's motion to abate the appeal and remand the case to the trial court for a hearing on appellant's motion for new trial so that appellant has meaningful appellate review. *See Smith v. State*, 286 S.W.3d 333, 338 (Tex. Crim. App. 2009); *Hemphill v. State*, No. 14-13-00395-CR,

2015 WL 1456338, at *5–*10 (Tex. App.—Houston [14th Dist.] Mar. 26, 2015, no pet.) (mem. op., not designated for publication).

Accordingly, I dissent from the denial of appellant's motion to abate the appeal and remand the case to the trial court for a hearing on appellant's motion for new trial.


/s/  Charles A. Spain
    Justice


Panel consists of Chief Justice Frost and Justices Jewell and Spain (J. Spain, dissenting).
Publish — Tex. R. App. P. 47.2(b).